1  WILLIAM R. TAMAYO -- #084965 (CA)
   DAVID F. OFFEN BROWN -- # 063321 (CA)
2  EVANGELINA HERNANDEZ -- # 168879 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105-1260
   Telephone:    (415) 625-5622
5  Facsimile:    (415) 625-5657

6                           E-filing

7  Attorneys for Plaintiff Equal Employment Opportunity Commission

8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  EQUAL EMPLOYMENT OPPORTUNITY    )    Civil Action No.
    COMMISSION,                    )
13                                 )    COMPLAINT
              Plaintiff,           )
14                                 )    Civil Rights - Employment
    v.                             )    Discrimination
15                                 )
    SAFEWAY, INC.,                 )    DEMAND FOR JURY TRIAL
16                                 )
              Defendant.           )
17  _____)

18                        NATURE OF THE ACTION

19         This is an action under Title I of the Americans with Disabilities Act of 1990 and

20  Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the

21  basis of disability and to provide appropriate relief to Charging Party, Glenn Davis,

22  who was adversely affected by such practices.  As alleged with greater particularity in

23  paragraphs 9 and 13 below, Defendant Safeway, Inc. ("Defendant Employer")

24  discriminated against Charging Party Davis, a qualified individual with a disability, by

25  deterring him from applying for promotional opportunities because of his cerebral palsy

26  and limited use of his left hand and failing to promote him to available positions for

27  which he was qualified because of his disability or perceived disability.

28         Plaintiff Equal Employment Opportunity Commission ("Plaintiff EEOC" or "the

COMPLAINT FOR DISCRIMINATION                    Equal Employment Opportunity Commission
                                                      350 The Embarcadero, Suite 350
                                                         San Francisco, CA 94105
                         1                                  (415) 625-5622

1 Commission") also alleges that Defendant Employer violated Section 105 of the
2 American with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12115 which incorporates
3 by reference Section 711(a) and (b) of Title VII of the Civil Rights Act of 1964, as
4 amended, 42 U.S.C. § 2000e-10(a) and (b), by failing to post and keep posted notices
5 which have been prepared or approved by the Commission setting forth excerpts from
6 or summaries of the pertinent provisions of the ADA and information pertinent to the
7 filing of a charge or complaint.

8                            **JURISDICTION AND VENUE**

9     1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331,
10 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a)
11 of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12117(a), which
12 incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of
13 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3) and pursuant to Section 102 of the
14 Civil Rights Act of 1991, 42 U.S.C. §1981a.

15    2.     The employment practices alleged to be unlawful were committed within
16 the State of California, specifically Monterey County. Venue is therefore proper in the
17 United States District Court for the Northern District of California.

18                           **INTRA-DISTRICT ASSIGNMENT**

19    3.     This action is appropriate for assignment to the San Jose Division because
20 the alleged unlawful actions were committed in Monterey County.

21                                      **PARTIES**

22    4.     Plaintiff EEOC is the agency of the United States of America charged with
23 the administration, interpretation and enforcement of Title I of the ADA and is
24 expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C.
25 §12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42
26 U.S.C. §2000e-5(f)(1) and (3).

27    5.     Defendant Employer is a California corporation, headquartered in
28 Alameda County, doing business at all relevant times in the State of California, in the

COMPLAINT FOR DISCRIMINATION

1  County of Monterey, as relevant here, and has continuously had at least 15 employees.

2          6.      At all relevant times, Defendant Employer has continuously been engaged
3  in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. §12111(5),
4  and Section 101(7) of the ADA, 42 U.S.C. §12111(7), which incorporates by reference
5  Sections 701(g) and (h) of Title VII, 42 U.S.C. §2000e(g) and (h).

6          7.      At all relevant times, Defendant Employer has been a covered entity under
7  Section 101(2) of the ADA, 42 U.S.C. §12111(2).

8                              **STATEMENT OF CLAIMS**
9                                **ADA VIOLATION**

10         8.      More than thirty days prior to the institution of this lawsuit, Charging
11 Party Davis filed a charge with Plaintiff EEOC alleging violations of Title I of the ADA
12 by Defendant Employer.  All conditions precedent to the institution of this lawsuit have
13 been fulfilled.

14         9.      Since at least on or about July 1, 2007, Defendant Employer has engaged in
15 unlawful employment practices at its Carmel, California store in violation of Section 102
16 of Title I of the ADA, 42 U.S.C. §12112(a), by *inter alia*, deterring Charging Party Davis
17 from applying for promotional opportunities and failing to promote him.  Instead,
18 Defendant Employer dismissed Charging Party Davis' attempts at promotion due to
19 Charging Party Davis' disability or perceived disability.

20         10.     The effect of the actions complained of in paragraph 9 above has been to
21 deprive Charging Party Davis of equal employment opportunities and otherwise
22 adversely affecte his status as an employee because of his disability or perceived
23 disability.

24         11.     The unlawful employment practices complained of in paragraph 9 above
25 were intentional.

26         12.     The unlawful employment practices complained of in paragraph 9 above
27 were done with malice or with reckless indifference to the federally protected rights of
28 Charging Party Davis.

COMPLAINT FOR DISCRIMINATION                     Equal Employment Opportunity Commission
                                                350 The Embarcadero, Suite 350
                                                San Francisco, CA 94105
                              3                 (415) 625-5622

1                              **POSTING VIOLATION**

2          13.      Since at least January 2008, Defendant Employer has willfully failed, in

3    violation of Section 105 of the ADA, 42 U.S.C. § 12115, which incorporates by reference

4    Section 711(a) and (b) of Title VII, 42 U.S.C. § 2000e-10(a) and (b), to post and keep

5    posted notices which have been prepared or approved by the Commission setting forth

6    excerpts from or summaries of the pertinent provisions of the ADA and information

7    pertinent to the filing of a charge or complaint

8                              **PRAYER FOR RELIEF**

9          Wherefore, the EEOC respectfully requests that this Court:

10         A.       Grant a permanent injunction enjoining Defendant Employer, its officers,

11   successors, assigns, and all persons in active concert or participation with it, from failing

12   to promote and accommodate qualified employees' disabilities, limiting the

13   employment of individuals with disabilities because of their disabilities, and engaging

14   any other employment practice which discriminates on the basis of disability.

15         B.       Order Defendant Employer to institute and carry out policies, practices,

16   and programs which provide equal employment opportunities for qualified individuals

17   with disabilities, and which eradicate the effects of its past and present unlawful

18   employment practices.

19         C.       Order Defendant Employer to post and keep posted notices which have

20   been prepared or approved by the Commission setting forth excerpts from or

21   summaries of the pertinent provisions of the ADA and information pertinent to the

22   filing of a charge or complaint pursuant to Section 105 of the ADA, which incorporates

23   by reference Section 711(a) and (b) of Title VII, 42 U.S.C. § 2000e-10(a) and (b).

24         D.       Order Defendant Employer to make whole Charging Party Davis by

25   providing appropriate back pay and benefits with prejudgment interest, and other

26   affirmative relief necessary to eradicate the effects of its unlawful employment practices,

27   including but not limited to front pay and other appropriate relief to be determined at

28   trial.

COMPLAINT FOR DISCRIMINATION                          Equal Employment Opportunity Commission
                                                               350 The Embarcadero, Suite 350
                                                                    San Francisco, CA 94105
                          4                                              (415) 625-5622

1    E.    Order Defendant Employer to make whole Charging Party Davis by

2  providing compensation for past and future pecuniary losses resulting from the unlawful

3  employment practices described above in an amount to be determined at trial.

4    F.    Order Defendant Employer to make whole Charging Party Davis by providing

5  compensation for past and future nonpecuniary losses resulting from the unlawful practices

6  complained of above including, but not limited to, emotional pain and suffering, mental anguish,

7  inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

8    G.    Order Defendant Employer to pay Charging Party Davis punitive damages for the

9  malicious and reckless conduct described above, in amounts to be determined at trial.

10    H.    Grant such further relief as the Court may deem just and proper in the public

11  interest.

12    I.    Award the EEOC its costs of this action.

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

COMPLAINT FOR DISCRIMINATION

1        **DEMAND FOR JURY TRIAL**

2        Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby

3    demands a jury trial.

4                                                    P. DAVID LOPEZ
                                                     General Counsel
5
                                                     JAMES L. LEE
6                                                    Deputy General Counsel

7                                                    GWENDOLYN Y. REAMS
                                                     Associate General Counsel
8
                                                     EQUAL EMPLOYMENT OPPORTUNITY
9                                                    COMMISSION Office of the General Counsel

10                                                   Washington, DC 20507

11   Dated:__September 29, 2011____                  By:_____/S/ William R. Tamayo_____
                                                     WILLIAM R. TAMAYO
12                                                   Regional Attorney

13   Dated:__September 29, 2011____                  By:_____/S/ David F. Offen-Brown_____
                                                     DAVID F. OFFEN-BROWN
14                                                   Supervisory Trial Attorney, San Francisco

15   Dated:__September 29, 2011____                  By:_____/S/ Evangelina F. Hernandez
                                                     EVANGELINA F. HERNANDEZ Senior Trial
16                                                   Attorney, San Francisco

17                                                   EQUAL EMPLOYMENT OPPORTUNITY
                                                     COMMISSION
18                                                   San Francisco District Office
                                                     350 The Embarcadero, Suite 500
19                                                   San Francisco, CA 94105-1260
                                                     (415) 625-5622
20

21

22

23

24

25

26

27

28

COMPLAINT FOR DISCRIMINATION                         Equal Employment Opportunity Commission
                                                     350 The Embarcadero, Suite 350
                                                     San Francisco, CA 94105
                                        6            (415) 625-5622